FILED
2016 Feb-26 PM 03:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER V. BAILEY,<br>Plaintiff,<br>vs.<br>CACH, LLC,<br>Defendant. | ) | 7:15-cv-02347-LSC |

ORDER

The Court acknowledges receipt of the parties' Joint Stipulation of Dismissal (Doc. 10) filed on February 11, 2016. Accordingly, the case is DISMISSED, with prejudice, and costs are taxed as paid.

Done and Ordered this 26th day of February 2016.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
182185